IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Eastern Division

| | | |
|---|---|---|
| JOHN LAWSON, and others similarly situated, | § § § § § | |
| Plaintiffs, | | |
| v. | § § § | No.: 1-04-1177<br>JURY DEMANDED |
| BATES, LLC,<br>an NYX Company, | § § § § § | FLSA COLLECTIVE ACTION |
| Defendant. | § | |

## AGREED ORDER

The parties, through their undersigned counsel, have moved the Court for an Order establishing additional individuals as opt in Plaintiffs in this FLSA collective action. The parties have submitted consent forms which were apparently delivered to the wrong address and affidavits of persons who have affirmed under oath that they timely completed and mailed consent forms to the appropriate post office box. However, these forms were not received. Based upon the foregoing, the following persons shall be deemed opt-in Plaintiffs in this FLSA collective action: Ms. Phyllis Dixon, Ms. Tina Reynolds, Mr. William (Willie) Waters, Ms. Kimberly Vaughn, Ms. Pamela Alexander, Mr. Michael Green, and Ms. Nicole Green.

IT IS SO ORDERED

U.S. District Judge James D. Todd
Date: 25 August 2005

E:\Work Files\Closed Files\Lawson, J\Lawson Agreed Order1.wpd

Page 1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  08-29-05

AGREED:

**GILBERT & RUSSELL, PLC**

_/s/ signature_

Justin S. Gilbert (TN Bar No. 017079)
Michael L. Russell (TN Bar No. 20268)
2021 Greystone Park
P.O. Box 11357
Jackson, TN 38308

ATTORNEYS FOR PLAINTIFF

**KING & BALLOW**

_Eddie Wayland by MJR w/permission_

R. Eddie Wayland
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

ATTORNEYS FOR DEFENDANT

G:\Work Files\Closed Files\Lawson, J\Lawson Agreed Order1.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 578 in case 1:04-CV-01177 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

R. Eddie Wayland
KING & BALLOW
315 Union Street
Nashville, TN 37201

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT