IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Eastern Division

| | |
|---|---|
| JOHN LAWSON, and others Similarly situated )<br><br>Plaintiffs )<br><br>v. )<br><br>BATES, LLC, )<br>An NYX Company, )<br><br>Defendant ) | No.: 1-04-1177<br>JURY DEMANDED<br><br>FLSA COLLECTIVE ACTION |

## SUPPLEMENTAL AGREED ORDER

The parties, through their undersigned counsel, have moved the Court for an Order establishing two additional individuals as opt in Plaintiffs in this FLSA collective action. The parties have submitted affidavits of these two individuals who have affirmed under oath that they either timely completed and mailed consent forms to the appropriate post office box, or never received the forms in the first place. Based upon the foregoing, the following persons shall be deemed opt-in Plaintiffs in this FLSA collective action: Mr. Michael A. Williams, Jr., and Ms. Karen Annette Blair.

IT IS SO ORDERED.

_____
U.S. District Judge James D. Todd
Date: 26 September 2005

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on 09-26-05

AGREED:

**GILBERT & RUSSELL, PLC**

*[signature]*

Justin S. Gilbert (TN Bar No. 017079)
Michael L. Russell (TN Bar No. 20268)
2021 Greystone Park
PO Box 11357
Jackson, TN 38308

ATTORNEYS FOR PLAINTIFF


**KING & BALLOW**

*Eddie Wayland by MLR w/permission*

R. Eddie Wayland (TN Bar No. 6045)
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 581 in case 1:04-CV-01177 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

R. Eddie Wayland
KING & BALLOW
315 Union Street
Nashville, TN 37201

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT