IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Eastern Division

| | |
|---|---|
| JOHN LAWSON, and others Similarly situated<br><br>Plaintiffs<br><br>v.<br><br>BATES, LLC,<br>An NYX Company,<br><br>Defendant | No.: 1-04-1177<br>JURY DEMANDED<br><br>FLSA COLLECTIVE ACTION |

## AGREED ORDER CONCLUDING THE SETTLEMENT AND CLOSING THE CASE

The parties, through their undersigned counsel, have moved the Court for an Order concluding the settlement of this cause and closing the case. For the reasons stated in their motion and for other good cause shown, the Court finds that the parties have diligently and effectively implemented the settlement of this case and have attained substantial opt in participation in this FLSA collective action. Further, sufficient time has passed to permit full participation in this cause by prospective plaintiffs and to address situations where individuals were unable to participate through no fault of their own. Based on all of the above, the settlement of this case should be concluded and the case closed.

IT IS SO ORDERED.

_____
U.S. District Judge James D. Todd
Date: 13 October 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10-04-05

583

AGREED:

**GILBERT & RUSSELL, PLC**

*[signature]*

Justin S. Gilbert (TN Bar No. 017079)
Michael L. Russell (TN Bar No. 20268)
2021 Greystone Park
PO Box 11357
Jackson, TN 38308

ATTORNEYS FOR PLAINTIFF


**KING & BALLOW**

*Eddie Wayland by MSK w/permission*

R. Eddie Wayland (TN Bar No. 6045)
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

ATTORNEYS FOR DEFENDANT



# Notice of Distribution

This notice confirms a copy of the document docketed as number 583 in case 1:04-CV-01177 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

R. Eddie Wayland
KING & BALLOW
315 Union Street
Nashville, TN 37201

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT